**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SATURNINO PRADO, ) | No. CV 10-2931-JHN(CW) |
| ) Petitioner, ) | JUDGMENT |
| ) v. ) | |
| ) ALICE E. ALTOON, ) | |
| ) Respondent. ) | |
| _____) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: May 4, 2010

_____
JACQUELINE H. NGUYEN
United States District Judge